UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-020ML** **DATE: July 1, 2005**

**TITLE: USA v. JOSELIN A. MENDEZ DEJESUS**, a/k/a...
**true name: Joselin Antonio Mendez-DeJesus**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Terrence P. Donnelly - Govt**
**John H. Ruginski - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Deft's objection to the PSR is withdrawn. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to the one Count of the Indictment: 46 mos' imprisonment, followed by 3 yrs' supervised release. Special conditions of S/R: deportation clause. Deft is advised of his right of appeal. Deft is remanded.**