**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.**

**JOSELIN MENDEZ DEJESUS** **CR05-20ML**

**NOTICE OF APPEAL**

Now comes the defendant and appeals the sentence imposed by Judge Lisi on 07-01-2005.

Joselin Mendez Dejesus
By his Attorney

John H. Ruginski, Jr.

**CERTIFICATION**

I John H. Ruginski, Jr. hereby certify that I mailed a true copy of the within Motion to the U.S. Attorney's Office Terrence P. Donnelly, Esq., at 50 Kennedy Plaza - 8th Floor Providence, RI 02903 on this 8th day of June 2005.

John H. Ruginski, Jr.