**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.**

**JOSELIN MENDEZ DEJESUS** **CR05-20ML**

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the defendant through his present attorney and represents as follows:

1. That he desires to appeal the sentence imposed on 07-01-05;

2. That he does not have funds with which to prosecute said appeal;

3. He has attached hereto a copy of his declaration of net worth and cash flow statements;

**WHEREFORE**, defendant requests that this court:

1. Allow him to Proceed in Forma Pauperis;

2. Appoint the Federal Defender to represent him in his appeal.

Joselin Mendez DeJesus
By his Attorney

John H. Ruginski, Jr.
129 Dorrance Street
Providence, RI 02903

## CERTIFICATION

I John H. Ruginski, Jr. hereby certify that I mailed a true copy of the within Motion to the U.S. Attorney's Office Terrence P. Donnelly, Esq., at 50 Kennedy Plaza - 8th Floor Providence, RI 02903 on this 8th day of June 2005.

John H. Ruginski, Jr.

PROB 48D
(Rev. 9/00)

# DECLARATION OF DEFENDANT OR OFFENDER
# NET WORTH & CASH FLOW STATEMENTS

I, Joselin Mendez DeJesus, residing at Wyatt Detention, in the city (or county) of Central Falls, in the state of RI, have completed the attached ☐ Net Worth Statement (Prob. Form 48) or ☒ Net Worth Short Form Statement (Prob. Form 48EZ) and/or ☒ Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources, including a complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets since my arrest. The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and the financial needs and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages ______)
Net Worth Short Form Statement (Total Pages, including additional pages _____)
Cash Flow Statement (Total pages, including additional pages ______)

☒ I declare under penalty of perjury that the foregoing is true and correct; or

☒ False statements may result in revocation of supervision, in addition to possible prosecution under the provisions of 18 U.S.C. § 1001 which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

[signature]
(Defendant Signature)

Executed on
25 day of 04, 05.

PROB 48EZ
Rev. 9/00)



## NET WORTH SHORT FORM STATEMENT

**NOTE:** I = Individual J = Joint S = Spouse/Significant Other D = Dependent

### ASSETS

Include below all cash on hand, bank accounts, securities, money owed to you by others, life insurance, safe deposit boxes or storage facilities, motor vehicles, real estate, mortgage loans owed to you, other assets, anticipated assets, and business holdings.

| I/J S/D | Type of Asset (e.g., cash, bank account) | Location of Asset (e.g., bank, including account number) | Fair Market or Actual Value |
|---|---|---|---|
| | | | |
| | N/A | — | — |
| | | | |

Include below all assets transferred or sold since your arrest with a cost or fair market value of more than $500.00, or assets that someone else is holding on your behalf.

| I/J S/D | Type of Asset | Date Sold or Transferred | Fair Market or Actual Value |
|---|---|---|---|
| | | | |
| | N/A | — | — |
| | | | |

Identify below any assets you will liquidate to satisfy any criminal monetary penalty that may be imposed, and/or describe the prospect of increase in assets.

| I/J S/D | Type of Asset | Fair Market or Actual Value |
|---|---|---|
| | | |
| | N/A | — |
| | | |

### LIABILITIES

Include below all charge accounts and lines of credit, mortgage balances, other debts, civil suits, and bankruptcy filings.

| I/J S/D | Type of Debt (e.g., credit card) | Debt Owed to (e.g., name, account number) | Balance Outstanding |
|---|---|---|---|
| | | | |
| | N/A | — | — |
| | | | |

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 JUL 11 P 12: 53

FILED

Signature [signature] Date 4/25/05