**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUL 1 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**VS.**

**JOSELIN MENDEZ DEJESUS** **CR05-20ML**

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the defendant through his present attorney and represents as follows:

1. That he desires to appeal the sentence imposed on 07-01-05;

2. That he does not have funds with which to prosecute said appeal;

3. He has attached hereto a copy of his declaration of net worth and cash flow statements;

**WHEREFORE**, defendant requests that this court:

1. Allow him to Proceed in Forma Pauperis;

2. Appoint the Federal Defender to represent him in his appeal.

Joselin Mendez DeJesus
By his Attorney

John H. Ruginski, Jr.
129 Dorrance Street
Providence, RI 02903

Granted. Mary M. Lisi USDJ 7/18/05

**CERTIFICATION**

I John H. Ruginski, Jr. hereby certify that I mailed a true copy of the within Motion to the U.S. Attorney's Office Terrence P. Donnelly, Esq., at 50 Kennedy Plaza – 8th Floor Providence, RI 02903 on this 8th day of June 2005.

John H. Ruginski, Jr.

COPY