UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs.

JOSELIN MENDEZ DEJESUS CR05-20ML

**MOTION TO WITHDRAW**

Now comes the Attorney for the Defendant and represents as follows:

1. Counsel filed Defendant's appeal along with a Motion to Proceed in Forma Pauperis;
2. Counsel and the Defendant have a difference of opinion regarding the appeal merits;
3. Counsel cannot adequately represent the Defendant in this appeal;

**WHEREFORE,** Counsel moves this Honorable Court to allow him to withdraw as Counsel and appoint Counsel to represent Defendant.

Respectfully submitted

John H. Ruginski, Jr.
129 Dorrance Street
Providence, RI 02903

**CERTIFICATION**

I John H. Ruginski, Jr., hereby certify that I mailed a true copy of the within Motion to the U.S. Attorney's Office to Terrence P. Donnelly, Esq., at 50 Kennedy Plaza - 8th Floor Providence, RI 02903, and to Mr. Joselin Mendez DeJesus, at the Wyatt Detention Center at 950 High Street Central Falls, RI 02863 on this 18th day of July 2005.

John H. Ruginski, Jr.