UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

October 18, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CA 05-020ML CCA# **05-2064**

USA v. Joselin A. Mendez DeJesus, a/k/a...

Dear Clerk of Court:

Enclosed herewith please find the SUPPLEMENTAL RECORD ON APPEAL. Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: J. Duhamel
John Duhamel
DEPUTY CLERK

encl: Certified Docket
**Doc# 24: original transcript of 4/13/05 C/Plea Hrg**
**Doc# 25: original transcript of 7/1/05 Sentencing Hrg**