05-00020
USDCRI
CJS

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2064

UNITED STATES,

Appellee,

v.

JOSELIN A. MENDEZ DEJESUS, a/k/a Joselin Mendez,
a/k/a Joseph Gonzalez

**JUDGMENT**

**Entered: March 1, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/1/06

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Joselin A. Mendez Dejesus, James E. Methe, Esq., Terrance P. Donnelly, AUSA, Donald Lockhart, AUSA]